# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WESLEY JAY PATTERSON, | § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. 4:24-CV-00716-ALM-AGD |
| MERRICK GARLAND, et al., | | |
| Defendants. | | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 3, 2025, the Report of the Magistrate Judge, (Dkt. #16), was entered containing proposed findings of fact and recommendation that Defendants' Motion to Dismiss as Moot (Dkt. #14) be granted and Plaintiff's case be dismissed without prejudice as moot. The Report also recommended that any request for relief not addressed by the Report be denied as moot.

Having received the Report of the United States Magistrate Judge (Dkt. #16), and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** Defendants' Motion to Dismiss as Moot (Dkt. #14) is **GRANTED** and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

All relief not previously granted is hereby **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 18th day of September, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE